# IN THE SUPREME COURT OF THE STATE OF NEVADA

SHERRI SILVER HALL,
                         Appellant,
vs.
CENTRAL MORTGAGE COMPANY,
                         Respondent.

No. 67799

**FILED**

MAR 1 0 2016

*ORDER DISMISSING APPEAL*

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b). The injunction issued in our June 9, 2015, order is hereby dissolved.

It is so ORDERED.

, C.J.

cc:     Hon. Kathleen E. Delaney, District Judge
        Legal Aid Center of Southern Nevada, Inc.
        Wright, Finlay & Zak, LLP/Las Vegas
        Eighth District Court Clerk
        Christopher Connell

16-07693